UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MARKS, JEFFREY                              § Case No. 05-54744
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 14, 2005. The undersigned trustee was appointed on October 14, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         57,289.97

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 10,650.76 |
   | Bank service fees | 1,192.28 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 45,446.93 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/24/2006 and the deadline for filing governmental claims was 04/12/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,114.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,114.50, for a total compensation of $6,114.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $276.19 and now requests reimbursement for expenses of $0.00, for total expenses of $276.19.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/12/2012      By:/s/JOHN E. GIERUM
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 05-54744  
Case Name: MARKS, JEFFREY  

Period Ending: 06/12/12

Trustee: (520171) JOHN E. GIERUM  
Filed (f) or Converted (c): 10/14/05 (f)  
§341(a) Meeting Date: 02/16/06  
Claims Bar Date: 05/24/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank account (s) | 473.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods (s) | Unknown | Unknown | DA | 0.00 | FA |
| 4 | Books, etc. (s) | Unknown | Unknown | DA | 0.00 | FA |
| 5 | Wearing apparel (s) | Unknown | Unknown | DA | 0.00 | FA |
| 6 | Watch (s) | Unknown | Unknown | | 1,200.00 | FA |
| 7 | Golf clubs (s) | Unknown | Unknown | DA | 0.00 | FA |
| 8 | Morton Hotel partners (s) | Unknown | Unknown | DA | 0.00 | FA |
| 9 | 1800 First Street Assoc. (s) | Unknown | Unknown | DA | 0.00 | FA |
| 10 | MLJD Partners (s) | Unknown | Unknown | DA | 0.00 | FA |
| 11 | Fishhawk Inverstment Fund (s) | Unknown | 0.00 | | 49,503.36 | FA |
| 12 | Ross Marks loan (s) | Unknown | Unknown | DA | 0.00 | FA |
| 13 | Various Trust interests (s) | Unknown | Unknown | DA | 0.00 | FA |
| 14 | Patent Application (s) | 500.00 | Unknown | DA | 0.00 | FA |
| 15 | 1998 Mercedes (s) | 5,853.00 | 4,653.00 | | 1,200.00 | FA |
| 16 | 1997 Mercedes (s) | 8,845.00 | 8,845.00 | | 4,750.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 636.61 | Unknown |
| 17 | Assets Totals (Excluding unknown values) | $15,771.00 | $13,498.00 | | $57,289.97 | $0.00 |

**Major Activities Affecting Case Closing:**

One asset was difficult to pin value on, finished investigating and doing tax work

Initial Projected Date Of Final Report (TFR): December 31, 2007    Current Projected Date Of Final Report (TFR): June 30, 2013

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-54744 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MARKS, JEFFREY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*63-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*8709 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/12/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/20/06 | {11} | Fishhawk Investment Fund Ltd. | Partnership distribution | 1129-000 | 10,123.22 | | 10,123.22 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.35 | | 10,124.57 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.02 | | 10,130.59 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.41 | | 10,137.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.89 | | 10,143.89 |
| 06/27/06 | {11} | Fishhawk Investment Fund, Ltd. | Partnership Distribution | 1129-000 | 14,927.00 | | 25,070.89 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.31 | | 25,078.20 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.04 | | 25,095.24 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.06 | | 25,112.30 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.95 | | 25,128.25 |
| 10/26/06 | {11} | Fishhawk Investment Fund, Ltd. | Partnership Distribution | 1129-000 | 12,213.00 | | 37,341.25 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.15 | | 37,359.40 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.55 | | 37,383.95 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.75 | | 37,407.70 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.94 | | 37,432.64 |
| 02/16/07 | | To Account #\*\*\*\*\*\*\*\*6366 | Bond Reimbursement | 9999-000 | | 34.05 | 37,398.59 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.65 | | 37,417.24 |
| 03/21/07 | {11} | Fishhawk Investment Fund, Ltd. | Partnership Distribution | 1129-000 | 12,240.14 | | 49,657.38 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.72 | | 49,679.10 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.41 | | 49,706.51 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.42 | | 49,733.93 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.67 | | 49,759.60 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.34 | | 49,787.94 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.47 | | 49,815.41 |
| 09/20/07 | {16} | American Auction Associates, Inc. | Auction Proceeds | 1129-000 | 4,750.00 | | 54,565.41 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.25 | | 54,590.66 |
| 10/10/07 | | Rose Marks | SALE PROCEEDS | | 2,400.00 | | 56,990.66 |
| | {6} | | | 1,200.00 | 1129-000 | | 56,990.66 |
| | {15} | | | 1,200.00 | 1129-000 | | 56,990.66 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 32.92 | | 57,023.58 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 29.66 | | 57,053.24 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 29.05 | | 57,082.29 |
| 01/14/08 | | To Account #\*\*\*\*\*\*\*\*6366 | TRANSFER OF FUNDS | 9999-000 | | 472.57 | 56,609.72 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 25.98 | | 56,635.70 |
| 02/05/08 | | To Account #\*\*\*\*\*\*\*\*6366 | BOND REIMBURSEMENT | 9999-000 | | 48.63 | 56,587.07 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 11.61 | | 56,598.68 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.51 | | 56,609.19 |

Subtotals : $57,164.44   $555.25

{} Asset reference(s)

Printed: 06/12/2012 09:14 AM   V.13.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 05-54744  
Case Name: MARKS, JEFFREY

Taxpayer ID #: **-***8709  
Period Ending: 06/12/12

Trustee: JOHN E. GIERUM (520171)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****63-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.89 | | 56,617.08 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.08 | | 56,624.16 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.19 | | 56,631.35 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.19 | | 56,638.54 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.73 | | 56,645.27 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.43 | | 56,652.70 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 6.17 | | 56,658.87 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 4.45 | | 56,663.32 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.01 | | 56,667.33 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.31 | | 56,669.64 |
| 02/19/09 | | To Account #********6366 | BOND REIMBURSEMENT | 9999-000 | | 49.30 | 56,620.34 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.15 | | 56,622.49 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.46 | | 56,624.95 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.31 | | 56,627.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.23 | | 56,629.49 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.46 | | 56,631.95 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.38 | | 56,634.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.38 | | 56,636.71 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.31 | | 56,639.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.31 | | 56,641.33 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.38 | | 56,643.71 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.38 | | 56,646.09 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.23 | | 56,648.32 |
| 02/12/10 | | To Account #********6366 | TRANSFER OF FUNDS | 9999-000 | | 44.07 | 56,604.25 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.15 | | 56,606.40 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.54 | | 56,608.94 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.46 | | 56,610.40 |
| 04/20/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -56,610.40 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 648.62 | 648.62 | $0.00 |
| Less: Bank Transfers | | -56,610.40 | 648.62 | |
| Subtotal | | 57,259.02 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $57,259.02 | $0.00 | |

{} Asset reference(s)

Printed: 06/12/2012 09:14 AM V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-54744 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MARKS, JEFFREY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*63-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*8709 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/12/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/16/07 | | From Account #\*\*\*\*\*\*\*\*6365 | Bond Reimbursement | 9999-000 | 34.05 | | 34.05 |
| 02/16/07 | 101 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #05-54744 | 2200-000 | | 34.05 | 0.00 |
| 01/14/08 | | From Account #\*\*\*\*\*\*\*\*6365 | TRANSFER OF FUNDS | 9999-000 | 472.57 | | 472.57 |
| 01/14/08 | 102 | American Auction Associates, Inc. | Auctioneer for Trustee fees and expenses | 2500-000 | | 472.57 | 0.00 |
| 02/05/08 | | From Account #\*\*\*\*\*\*\*\*6365 | BOND REIMBURSEMENT | 9999-000 | 48.63 | | 48.63 |
| 02/05/08 | 103 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #05-54744, Bond Reimbursement (Bond #016026455) | 2200-000 | | 48.63 | 0.00 |
| 02/19/09 | | From Account #\*\*\*\*\*\*\*\*6365 | BOND REIMBURSEMENT | 9999-000 | 49.30 | | 49.30 |
| 02/19/09 | 104 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #05-54744, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 49.30 | 0.00 |
| 02/12/10 | | From Account #\*\*\*\*\*\*\*\*6365 | TRANSFER OF FUNDS | 9999-000 | 44.07 | | 44.07 |
| 02/12/10 | 105 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 05-54744 | 2200-000 | | 44.07 | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 648.62 | 648.62 | $0.00
| Less: Bank Transfers | 648.62 | 0.00 |
| Subtotal | 0.00 | 648.62 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $648.62 |

{} Asset reference(s)  Printed: 06/12/2012 09:14 AM V.13.02

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-54744 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MARKS, JEFFREY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Checking Account |
| Taxpayer ID #: | **-***8709 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/12/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | 9999-000 | 56,610.40 | | 56,610.40 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 56,611.59 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.37 | | 56,614.96 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.25 | | 56,618.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.37 | | 56,621.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.36 | | 56,624.94 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.39 | | 56,626.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.44 | | 56,627.77 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.39 | | 56,629.16 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.44 | | 56,630.60 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.44 | | 56,632.04 |
| 02/04/11 | | To Account #9200******6366 | TRANSFER OF FUNDS | 9999-000 | | 49.45 | 56,582.59 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.30 | | 56,583.89 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.44 | | 56,585.33 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.39 | | 56,586.72 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.44 | | 56,588.16 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 56,588.62 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 56,589.10 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 108.53 | 56,480.57 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 56,481.04 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 131.56 | 56,349.48 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.88 | 56,353.36 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 56,353.82 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 115.79 | 56,238.03 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 56,238.50 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 111.71 | 56,126.79 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 56,127.25 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 123.03 | 56,004.22 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 56,004.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 115.07 | 55,889.62 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 55,890.09 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.18 | 55,767.91 |
| 02/07/12 | | To Account #9200******6366 | TRANSFER OF FUNDS | 9999-000 | | 50.69 | 55,717.22 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.39 | 55,606.83 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 113.94 | 55,492.89 |

Subtotals:  $56,641.35  $1,148.46

{} Asset reference(s)

Printed: 06/12/2012 09:14 AM    V.13.02

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-54744 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MARKS, JEFFREY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Checking Account |
| Taxpayer ID #: | **-***8709 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/12/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 109.92 | 55,382.97 |
| 05/21/12 | | To Account #9200******6366 | TRANSFER OF FUNDS | 9999-000 | | 55,382.97 | 0.00 |
| | | | ACCOUNT TOTALS | | 56,641.35 | 56,641.35 | $0.00 |
| | | | Less: Bank Transfers | | 56,610.40 | 55,483.11 | |
| | | | **Subtotal** | | **30.95** | **1,158.24** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30.95** | **$1,158.24** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 05-54744 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | MARKS, JEFFREY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-66 - Checking Account |
| Taxpayer ID #: | **-***8709 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/12/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******6365 | TRANSFER OF FUNDS | 9999-000 | 49.45 | | 49.45 |
| 02/07/11 | 10106 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #05-54744, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 49.45 | 0.00 |
| 02/07/12 | | From Account #9200******6365 | TRANSFER OF FUNDS | 9999-000 | 50.69 | | 50.69 |
| 02/10/12 | 10107 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #05-54744, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 50.69 | 0.00 |
| 05/21/12 | | From Account #9200******6365 | TRANSFER OF FUNDS | 9999-000 | 55,382.97 | | 55,382.97 |
| 05/24/12 | 10108 | United States Treasury | EIN: 13-7498709 / 2006 Form 1041 | 2810-000 | | 7,404.00 | 47,978.97 |
| 05/24/12 | 10109 | Illinois Department of Revenue | FEIN: 13-7498709 / IL-1041-V (2006) | 2820-000 | | 1,382.00 | 46,596.97 |
| 05/24/12 | 10110 | United States Treasury | EIN: 13-7498709 / 2007 Form 1041 | 2810-000 | | 705.00 | 45,891.97 |
| 05/24/12 | 10111 | Illinois Department of Revenue | FEIN: 13-7498709 / Form IL-1041-V (2007) | 2820-000 | | 411.00 | 45,480.97 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.04 | 45,446.93 |

| | ACCOUNT TOTALS | 55,483.11 | 10,036.18 | $45,446.93 |
|---|---|---|---|---|
| | Less: Bank Transfers | 55,483.11 | 0.00 | |
| | Subtotal | 0.00 | 10,036.18 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $10,036.18 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****63-65 | 57,259.02 | 0.00 | 0.00 |
| Checking # ***-*****63-66 | 0.00 | 648.62 | 0.00 |
| Checking # 9200-******63-65 | 30.95 | 1,158.24 | 0.00 |
| Checking # 9200-******63-66 | 0.00 | 10,036.18 | 45,446.93 |
| | $57,289.97 | $11,843.04 | $45,446.93 |

{} Asset reference(s)     Printed: 06/12/2012 09:14 AM    V.13.02

## Claims Proposed Distribution

### Case: 05-54744 MARKS, JEFFREY

Case Balance: $45,446.93    Total Proposed Payment: $45,446.93    Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | American Auction Associates, Inc. | Admin Ch. 7 | 472.57 | 472.57 | 472.57 | 0.00 | 0.00 | 45,446.93 |
| | <2500-00 Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)> | | | | | | | |
| | JOHN E. GIERUM | Admin Ch. 7 | 276.19 | 276.19 | 276.19 | 0.00 | 0.00 | 45,446.93 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | JOHN E. GIERUM | Admin Ch. 7 | 6,114.50 | 6,114.50 | 0.00 | 6,114.50 | 6,114.50 | 39,332.43 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Lois West, Popowcer Katten, Ltd. | Admin Ch. 7 | 1,725.00 | 1,725.00 | 0.00 | 1,725.00 | 1,725.00 | 37,607.43 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 7P-2 | Department of the Treasury-Internal Revenue Service | Priority | 2,310,465.62 | 2,310,465.62 | 0.00 | 2,310,465.62 | 37,607.43 | 0.00 |
| 2 | Steve Crane | Unsecured | 635,833.20 | 635,833.20 | 0.00 | 635,833.20 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Co Inc | Unsecured | 152,773.06 | 152,773.06 | 0.00 | 152,773.06 | 0.00 | 0.00 |
| 4 | American Express Travel Related Services Co Inc | Unsecured | 8,707.02 | 8,707.02 | 0.00 | 8,707.02 | 0.00 | 0.00 |
| 5 | Martin Ting | Unsecured | 1,060,000.00 | 1,060,000.00 | 0.00 | 1,060,000.00 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | Unsecured | 10,702.69 | 10,702.69 | 0.00 | 10,702.69 | 0.00 | 0.00 |
| 7U-2 | Department of the Treasury-Internal Revenue Service | Unsecured | 333,733.60 | 333,733.60 | 0.00 | 333,733.60 | 0.00 | 0.00 |
| | Total for Case 05-54744 : | | $4,520,803.45 | $4,520,803.45 | $748.76 | $4,520,054.69 | $45,446.93 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $8,588.26 | $8,588.26 | $748.76 | $7,839.50 | 100.000000% |
| Total Priority Claims : | $2,310,465.62 | $2,310,465.62 | $0.00 | $37,607.43 | 1.627699% |
| Total Unsecured Claims : | $2,201,749.57 | $2,201,749.57 | $0.00 | $0.00 | 0.000000% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-54744
Case Name: MARKS, JEFFREY
Trustee Name: JOHN E. GIERUM

**Balance on hand:** $ 45,446.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 45,446.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 6,114.50 | 0.00 | 6,114.50 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,725.00 | 0.00 | 1,725.00 |

Total to be paid for chapter 7 administration expenses: $ 7,839.50
Remaining balance: $ 37,607.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 37,607.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,310,465.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P-2 | Department of the Treasury-Internal Revenue Service | 2,310,465.62 | 0.00 | 37,607.43 |

**UST Form 101-7-TFR (05/1/2011)**

|   | Total to be paid for priority claims: | $ | 37,607.43 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,201,749.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Steve Crane | 635,833.20 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Co Inc | 152,773.06 | 0.00 | 0.00 |
| 4 | American Express Travel Related Services Co Inc | 8,707.02 | 0.00 | 0.00 |
| 5 | Martin Ting | 1,060,000.00 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 10,702.69 | 0.00 | 0.00 |
| 7U-2 | Department of the Treasury-Internal Revenue Service | 333,733.60 | 0.00 | 0.00 |

|   | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)