# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: MARKS, JEFFREY § | Case No. 05-54744 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on August 3, 2012 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/26/2012           By:  /s/JOHN E. GIERUM
                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MARKS, JEFFREY | § | Case No. 05-54744 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 57,289.97 |
| *and approved disbursements of* | $ 11,843.04 |
| *leaving a balance on hand of* [1] | $ 45,446.93 |

**Balance on hand:**         $         45,446.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   45,446.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 6,114.50 | 0.00 | 6,114.50 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,725.00 | 0.00 | 1,725.00 |

Total to be paid for chapter 7 administration expenses:   $   7,839.50
Remaining balance:   $   37,607.43

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 37,607.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,310,465.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P-2 | Department of the Treasury-Internal Revenue Service | 2,310,465.62 | 0.00 | 37,607.43 |

Total to be paid for priority claims: $ 37,607.43
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,201,749.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Steve Crane | 635,833.20 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Co Inc | 152,773.06 | 0.00 | 0.00 |
| 4 | American Express Travel Related Services Co Inc | 8,707.02 | 0.00 | 0.00 |
| 5 | Martin Ting | 1,060,000.00 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 10,702.69 | 0.00 | 0.00 |
| 7U-2 | Department of the Treasury-Internal Revenue Service | 333,733.60 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 05-54744-ABG
Jeffrey Marks  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: tmaurer     Page 1 of 2     Date Rcvd: Jun 27, 2012
                   Form ID: pdf006     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2012.
```
db            +Jeffrey Marks,    140 S. Danbury Court,    Lake Forest, IL 60045-2331
10241267       American Express,    P.O. Box 7871,    Fort Lauderdale, FL 33329
10241265      +American Express Travel Related Services Co Inc,    PO Box 3001,    Malvern PA 19355-0701
10679757       American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
                 Malvern PA 19355-0701
10241270      +Chicago Sun-Times,    350 North Orleans Street,    Chicago, IL 60654-1700
10241275       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10241277      +JP Morgan Chase f/k/a Bank One,    f/k/a American National Bank and Trust C,
                 120 S. LaSalle Street,    Chicago, Illinois 60603-3403
10241272       Martin Ting,    C/O Justen Products,    Justen Centre,    46-52 Wai Ching Street,    Jordon Road,
                 Kowloon Hong Kong
10241271      +SBC,    SBC Payment Center,    Saginaw, MI 48663-0001
10241269      +Steve Crane,    C/O Michael Coffield & Associates,    77 W. Wacker Drive,    Suite 4800,
                 Chicago, IL 60601-1664
10241268       United Mileage Plus,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10745989      +E-mail/Text: bncmail@w-legal.com Jun 28 2012 00:51:12     Chase Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
10241273       E-mail/Text: cio.bncmail@irs.gov Jun 28 2012 00:42:54
                 Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                 P O Box 21126,    Philadelphia, PA 19114
10763154      +E-mail/Text: Janice@oakpointpartners.com Jun 28 2012 00:48:12     Rose K Marks,
                 c/o Janice A Alwin,    321 N Clark St,    Ste 800,    Chicago IL 60654-4766
10241271      +E-mail/Text: g17768@att.com Jun 28 2012 00:49:03     SBC,    SBC Payment Center,
                 Saginaw, MI 48663-0001
                                                                                               TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10241274*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10241276*     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: tmaurer              Page 2 of 2                  Date Rcvd: Jun 27, 2012
                               Form ID: pdf006            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2012 at the address(es) listed below:
          Janice A Alwin   on behalf of Creditor Rose Marks janice@oakpointpartners.com,
           jake@oakpointpartners.com
          John E Gierum    jgierum@7trustee.net,  IL25@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul Wojciechowski   on behalf of Creditor Steven Crane pw@ckendall.com
          Paula K. Jacobi   on behalf of Debtor Jeffrey Marks pjacobi@btlaw.com,
           jsantana@btlaw.com;ckwilosz@btlaw.com
          Steve Jakubowski   on behalf of Creditor Steven Crane sjakubowski@lplegal.com,
           nbailey@lplegal.com
                                                                                           TOTAL: 6